UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RITA JACK                                                                                                    PLAINTIFF

VERSUS                                                              CIVIL ACTION. 3:22-CV-124-TSL-RPM

CITY OF MERIDIAN POLICE
DEPARTMENT                                                                                            DEFENDANT

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The Court has considered the Motion to Appear Pro Hac Vice filed on behalf of Defendant City of Meridian and attorney Allison Hawkins and finds the motion to be in substantial compliance with Rule 83.1 of the Uniform Local Rules of the United States District Court for the Southern District of Mississippi.

IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is hereby granted, and Allison Hawkins shall be admitted to serve as co-counsel for Defendant City of Meridian. Admission is conditioned upon completion of the registration procedures found on the Court's website and at the following link: https://www.mssd.uscourts.gov/attorney-admissions-page.

SO ORDERED AND ADJUDGED, this the 4th day of November 2022.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE